CLERK'S OFFICE
A TRUE COPY
Jul 31, 2024
s/ F Borden
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 24 MJ 174
) **Matter No.: 2023R00468**
Property located at 7677 W. Appleton Ave., Milwaukee, )
Wisconsin 53222, Locker # 414, more fully )
described in Attachment A. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Wisconsin   
*(identify the person or describe the property to be searched and give its location)*:

Property located at 7677 W. Appleton Ave., Milwaukee, Wisconsin 53222, Locker #414 (SUBJECT PREMISES 2), more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    08/14/2024    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    U.S. Magistrate Judge William E. Duffin   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 07/31/2024 at 10:00 a.m.

*William E. Duffin*
*Judge's signature*

City and state: Milwaukee, Wisconsin      William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# Return

| Case No.: 24 MJ 174 | Date and time warrant executed: 07-31-2024 11:02AM | Copy of warrant and inventory left with: IN LOCKER |

Inventory made in the presence of : N/A

Inventory of the property taken and name of any person(s) seized:

NOTHING SEIZED

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08-06-2024

*Executing officer's signature*

JAMES H. KRUEGER, TFO
*Printed name and title*

## ATTACHMENT A

## SUBJECT PREMISES 1

The property to be searched is **7677 W. Appleton Ave., Milwaukee, Wisconsin, Locker #325** (hereinafter "**SUBJECT PREMISES 1**"). **SUBJECT PREMISES 1** is further described as a storage locker with a garage door style door, which is orange in color, and the numbers 325 are white and are centered on the upper third of the locker. **SUBJECT PREMISES 1** is rented by Darius JARRETT and is contained within a U-Haul Moving and Storage business complex, which is located at 7677 W. Appleton Ave., Milwaukee, Wisconsin.





7677 WI-175
1 month ago · See more dates

## ATTACHMENT A

## SUBJECT PREMISES 2

The property to be searched is **7677 W. Appleton Ave., Milwaukee, Wisconsin, Locker #414** (hereinafter "**SUBJECT PREMISES 1**"). **SUBJECT PREMISES 2** is further described as a storage locker that is orange in color with the numbers 414 that are white color centered on the orange door and in the upper 1/3 of the door. **SUBJECT PREMISES 2** is rented by Dante MCDONALD and is contained within a U-Haul Moving and Storage business complex, which is located at 7677 W. Appleton Ave., Milwaukee, Wisconsin.





7677 WI-175
1 month ago · See more dates >

# ATTACHMENT B

*Items to be seized*

All evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Section 841(a)(1) (distribution of and possession with intent to distribute a controlled substance), and Title 21, United States Code, Section 846 (conspiracy to distribute and possession with intent to distribute a controlled substance), including:

1. Books, records, receipts, notes, ledgers, invoices, and any other documentation related to the manufacture, importation, transportation, ordering, purchase, sale, or distribution of controlled substances;

2. Drug ledgers, drug customer lists, drug inventory lists, weights and prices, dealer lists, criminal associates lists, or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, cash received, or to be paid for controlled substances, or intended to be paid for controlled substances;

3. Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

4. United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

5. Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

6. Currency counters;

7. Indicia of occupancy, residency, rental, ownership, or use of **SUBJECT**

**PREMISES 1** and **2** and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

8. Firearms;

9. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, firearms, or controlled substances;

10. Paraphernalia related to the importation, transportation, use, or distribution of controlled substances or proceeds from the sale of controlled substances, including materials commonly used for the clandestine shipment thereof, including but not limited to, scales, bottles, mixing bowls, spoons, grinders, cutting agents, cutting boards, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers;

11. Computers, cellular telephones, tablets, and other media storage devices, such as thumb drives, CD-ROMs, DVDs, Blu Ray disks, memory cards, and SIM cards (hereafter referred to collectively as "electronic storage media");

12. Records evidencing ownership or use of electronic storage media, including sales receipts, registration records, and records of payment;

13. Any records and information found within the digital contents of any electronic storage media seized from **SUBJECT PREMISES 1** and **2**, including:

   a. all bank records, checks, credit card bills, account information, or other financial records;

   b. all information regarding the receipt, transfer, possession, transportation, or use of drug or firearm proceeds;

   c. any information recording schedule or travel;

   d. evidence of who used, owned, or controlled the electronic storage media at the time the things described in this warrant were created, edited, or deleted, such as logs,

registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, correspondence, and phonebooks;

e. evidence indicating how and when the electronic storage media were accessed or used to determine the chronological context of electronic storage media access, use, and events relating to crime under investigation and to the electronic storage media user;

f. evidence indicating the electronic storage media user's state of mind as it relates to the crime under investigation;

g. evidence of the attachment to an electronic storage medium of another storage device or similar container for electronic evidence;

h. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the electronic storage media;

i. evidence of the times the electronic storage media were used;

j. passwords, encryption keys, and other access devices that may be necessary to access the electronic storage media;

k. documentation and manuals that may be necessary to access the electronic storage media or to conduct a forensic examination of the electronic storage media;

l. records of or information about Internet Protocol addresses used by the electronic storage media;

m. records of or information about the electronic storage media's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

n. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media

that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies). This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.